UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| RICHARD FILER | : | |
| VERSUS | : | CIVIL ACTION NO.: 6:13-CV-00522 |
| CITY OF ST. MARTINVILLE, ET AL | : | JUDGE HAIK, MAG. JUDGE HANNA |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## LIST OF ATTORNEYS

I hereby certify that the following is a list of attorneys/parties involved in this case at the present time:

Attorney for Plaintiff:
J. Christopher Alexander, Sr.
3751 Government Street, Suite "A"
Baton Rouge, LA  70806

Attorneys for Defendants:
John F. Wilkes, III
Joy C. Rabalais
Ray F. Lucas
Tonya R. Smith
Kathy L. Smith
Borne & Wilkes, L.L.C.
Post Office Box 4305
Lafayette, Louisiana  70502

Respectfully submitted,

BORNE & WILKES, L.L.C.

BY: _____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
TONYA R. SMITH (Bar Roll #30065)
KATHY L. SMITH (Bar Roll #30731)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 201
Facsimile: (337) 232-1837
E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR THE CITY OF
ST. MARTINVILLE; MAYOR THOMAS NELSON,
INDIVIDUALLY AND IN HIS OFFICIAL
CAPACITY AS MAYOR OF THE CITY OF ST.
MARTINVILLE; CHIEF PAULA SMITH,
INDIVIDUALLY AND IN HER OFFICIAL
CAPACITY AS CHIEF OF POLICE OF THE CITY
OF ST. MARTINVILLE; AND OFFICER BRANDON
DESORMEAUX, INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY AS A POLICE OFFICER FOR
THE CITY OF ST. MARTINVILLE

## CERTIFICATE

I HEREBY CERTIFY that on March 14, 2013, a copy of the foregoing List of Attorneys was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to J. Christopher Alexander, Sr. by operation of the court's electronic filing system.

_____s/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644)
BORNE & WILKES, L.L.C.
Attorney for Defendants