UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

RICHARD FILER                              :

VERSUS                                     :   CIVIL ACTION NO. 6:13-CV-00522

CITY OF ST. MARTINVILLE, ET AL             :   JUDGE HAIK, MAG. JUDGE HANNA

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

## MOTION TO STRIKE PENALTY, PUNITIVE OR EXEMPLARY DAMAGES

NOW INTO COURT, through undersigned counsel, comes MAYOR THOMAS NELSON, in his official capacity as the Mayor of St. Martinville; CHIEF OF POLICE PAULA L. SMITH, in her official capacity as the Chief of Police of St. Martinville Police Department; and OFFICER FIRST CLASS BRANDON DESORMEAUX, in his official capacity as an officer of St. Martinville Police Department, who with respect represents as follows:

1.

Pursuant to the Petition filed by Richard Filer on February 6, 2013, and specifically referring to the prayer for punitive damages, Mover herein avers that, under Louisiana law, punitive damages are not recoverable against a municipality or municipal officers in an action brought pursuant to 42 U.S.C. Section 1983 in their official capacity.

2.

Under Louisiana law, vindictive, punitive or exemplary damages are not allowed in civil cases unless specifically provided for by statute or otherwise, in the absence of specific provision, only compensatory damages may be recovered.

WHEREFORE, premises considered, Movers, MAYOR THOMAS NELSON, in his official capacity as the Mayor of St. Martinville; CHIEF OF POLICE PAULA L. SMITH, in her

official capacity as the Chief of Police of St. Martinville Police Department; and OFFICER FIRST CLASS BRANDON DESORMEAUX, in his official capacity as an officer of St. Martinville Police Department, pray this Honorable Court strike the claims for punitive damages as prayed for by the plaintiff in his petition.

BORNE & WILKES, L.L.C.

BY: _____S/John F. Wilkes, III_____
JOHN F. WILKES, III (Bar Roll #01644), T.A.
JOY C. RABALAIS (Bar Roll #26476)
RAY F. LUCAS, III (Bar Roll #27558)
TONYA R. SMITH (Bar Roll #30065)
KATHY L. SMITH (Bar Roll #30731)
ADRIANE M. REESE (Bar Roll #34721)
200 West Congress Street, Suite 1000
Post Office Box 4305
Lafayette, Louisiana 70502-4305
Telephone: (337) 232-1604 Ext. 201
Facsimile: (337) 232-1837
E-mail: wilkes@bornewilkes.com

ATTORNEYS FOR MAYOR THOMAS NELSON, in his official capacity as the Mayor of St. Martinville; CHIEF OF POLICE PAULA L. SMITH, in her official capacity as the Chief of Police of St. Martinville Police Department; and OFFICER FIRST CLASS BRANDON DESORMEAUX, in his official capacity as an officer of St. Martinville Police Department

## CERTIFICATE

I HEREBY CERTIFY that on March 22, 2013, a copy of the foregoing Motion to Strike Penalty, Punitive or Exemplary Damages was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to J. Christopher Alexander, Sr., by operation of the court's electronic filing system.

                                    S/John F. Wilkes, III
                               JOHN F. WILKES, III (Bar Roll #01644)
                                     BORNE & WILKES, L.L.C.
                                        Attorney for Defendants